Opinion issued March 3, 2016



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00644-CR

_____

**RIGOBERTO MONRROY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Case No. 1445254**

---

## MEMORANDUM OPINION

A jury found appellant, Rigoberto Monrroy, guilty of the felony offense of

possession with an intent to deliver a controlled substance, namely, cocaine,

weighing more than one gram and less than four grams.[1]  The trial court assessed his punishment at confinement for four years.  Appellant timely filed a notice of appeal.

Counsel for appellant has filed a motion to withdraw the appeal.  The motion is signed by counsel and includes a copy of a letter from appellant to which the motion refers.  The letter is signed by appellant and expressly states that he no longer wishes to go forward with the appeal and asks counsel to terminate the appeal as soon as possible.  We construe the motion as a motion to dismiss the appeal and conclude that it substantially complies with Texas Rule of Appellate Procedure 42.2(a).  *See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in the appeal, and more than ten days have passed and the State has not responded or otherwise expressed opposition to the motion.  *See* TEX. R. APP. P. 10.3(a), 42.2(a).

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.
Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]  TEX. HEALTH & SAFETY CODE ANN. §§ 481.102(3)(D), 481.112(a), (b) (Vernon 2010).